UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HONIGMAN, MILLER,
SCHWARTZ AND COHN,
LLP,

          Plaintiff,

v.

KRBL LIMITED,

          Defendant.
_____/

Case No. 2:19-cv-12158
District Judge Paul D. Borman
Magistrate Judge Anthony P. Patti

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT KRBL LIMITED'S MOTION TO QUASH SERVICE (ECF 12)

This matter came before the Court for consideration of Defendant KRBL Limited's motion to quash service (ECF 12), Plaintiff's response in opposition (ECF 15), Defendant's reply brief (ECF 16-1), and the parties' Joint List of Unresolved Issues (ECF 22). Judge Borman referred this motion to me for a hearing and determination (ECF 13), and a hearing was held on November 1, 2019, at which counsel appeared and the Court entertained oral argument.

Having considered the motion papers and the oral argument of counsel, and for the reasons stated on the record, which are incorporated by reference as though fully restated herein:

(1) Defendant's motion to quash service (ECF 12) is **DENIED** without prejudice;

**(2)** The summons is extended for six months to **Tuesday, April 21, 2020**; and

**(3)** Plaintiff may take the depositions of Ali Mehdi regarding the issues related to service and KRBL LLC's relation to Defendant, and of the postmaster assigned to the De Moss Branch of the United States Postal Service, 6500 De Moss Dr., Houston TX 77074-9998, by **Tuesday, December 31, 2019**.

**IT IS SO ORDERED.**

Dated: November 1, 2019

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE